ACCEPTED
01-14-00584-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 11:59:52 AM
CHRISTOPHER PRINE
CLERK

IN THE
COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
OF TEXAS, AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 11:59:52 AM
CHRISTOPHER A. PRINE
Clerk

# MARCO ANTONIO MORENO

Appellant

v.

# The State of Texas

Appellee

On Appeal In Case Number 16,198
From the 21ST District Court of Washington County
The Hon. Terry Flenniken, Judge Presiding

## STATE' WAIVER OF OPPORTUNITY TO RESPOND TO APPELLANT'S *ANDERS* BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now the State of Texas, by the undersigned assistant district attorney, and respectfully waives the opportunity to file a brief in response to the *Anders* brief filed by the appellant's counsel. The State would respectfully show the Court the following:

### I.

In keeping with the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1296 (1967), appointed counsel for the appellant has filed a brief containing the conclusion that this appeal is frivolous. The appellant has been notified of his right to review the appellate record and to file a pro se brief.

### II.

A review of the appellant's brief reveals no question of constitutional dimension or other issue requiring review in the interest of justice.

### III.

A copy of this instrument will be served on counsel for the appellant through eFile.txcourts.gov, on the date of the filing of this instrument with the clerk of this court.

**THEREFORE**, the State of Texas waives the opportunity to file a response to the *Anders* brief filed by the appellant's attorney, and moves the Court to affirm the trial court's judgment.

Julie Renken
District Attorney
21st Judicial District

/s/ *Eric Berg*

Eric Berg
Assistant District Attorney
Washington County, Texas
110 S. Park
Brenham, Texas 77833
(979) 277-6247
SBOT: 00793329
eberg@wacounty.com